# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

Bryan Thomas
Plaintiff,

v.  Case No.: 1:21–cv–00488–WES–LDA

Justin Switzer, et al.
Defendant.

## NOTICE OF SETTLEMENT CONFERENCE

      The above matter has been referred to District Judge William E. Smith for a settlement conference. The conference will be held on January 4, 2023 at 10:00 AM in Judical Conference Room, Room 203. The attorneys who will be lead counsel during the trial of the case shall appear at the settlement conference with the parties and with the person or persons having full authority to negotiate and to settle the case on any terms at the conference.

      On or before December 30, 2022 counsel shall submit *ex parte* confidential settlement statements to the Court to the following email address: WES_SettlementStatement@rid.uscourts.gov.

      It is so ordered.

December 7, 2022                              By the Court:

                                                          /s/ William E. Smith
                                                          United States District Judge